[Nos. 30813-1-I; 30402-0-I.   Division One.   June 20, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ELTON
MAURICE WHITE, *Appellant. In the Matter of the
Personal Restraint of* ELTON MAURICE WHITE,
*Petitioner.*

Appeal from a judgment of the Superior Court for King
County, No. 91-1-07734-3, Patricia H. Aitken, J., entered
May 4, 1992, together with a petition for relief from personal
restraint. Judgment *affirmed* and petition *dismissed* by un-
published per curiam opinion.

[No. 30144-6-I.   Division One.   June 20, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL
LAVEL ROBINSON, *Defendant*, JEANNE DIANE BRYANT,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 91-1-00751-5, Sally Pasette, J., entered January
17, 1992. *Affirmed* by unpublished opinion per Pekelis,
A.C.J., concurred in by Scholfield and Coleman, JJ.

[No. 30276-1-I.   Division One.   June 20, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE PEREZ
LOPEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 91-1-05990-6, LeRoy McCullough, J., entered
March 10, 1992. *Affirmed* by unpublished per curiam opin-
ion.

[No. 33076-4-I.   Division One.   June 20, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH
JAY ANDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 93-1-02416-5, LeRoy McCullough, J., entered
June 21, 1993. *Dismissed* by unpublished per curiam opin-
ion.